JULIA E. ROGERS, Respondent, v. THE TRUSTEES OF THE NEW YORK AND BROOKLYN BRIDGE, Appellants.

Reported below, 11 App. Div. 141.
(Argued June 21, 1897; decided June 25, 1897.)

MOTION to dismiss an appeal by certification from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 5, 1897, which affirmed a judgment in favor of. plaintiff entered upon a verdict.

The motion was made upon the ground that the appellants had failed to perfect their appeal by filing the undertaking required by sections 1326 and 1334 of the Code of Civil Procedure.

*Frederick Crane* and *Roswell H. Carpenter* for motion.

*James C. Bergen* opposed.

Motion granted, unless the trustees within sixty days file a bond and pay ten dollars costs.